[Civ. No. 14494. Second Dist., Div. Two. Nov. 22, 1944.]

GEORGE O. HARTMAN, Respondent, v. SAN PEDRO COMMERCIAL COMPANY et al., Appellants.

Oliver O. Clark and Robert A. Smith for Appellants.

Michael F. Shannon and Thomas A. Wood for Respondents.

McCOMB, J.—Defendants appeal from a judgment in favor of plaintiff after trial before the court without a jury in an action to recover damages for breach of a contract of employment. The trial court gave judgment in the sum of $707.47. Defendants in their opening brief waived any objection to the judgment, therefore it should be affirmed.

It is so ordered.

Wood, (W. J.), J., concurred.

Moore, P. J., deeming himself to be disqualified, did not participate.